

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Michael Weaks and/or All Occupants, Appellant

No. 06-14-00108-CV      v.

First Horizon Home Loans, a Division of First Tennessee Bank National Association, Appellee

Appeal from the County Court at Law No. 1 of Hunt County, Texas (Tr. Ct. No. CC1400136). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED APRIL 7, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk